**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MARLON A. GRANADOS SAAVEDRA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1808-KC** |
| | § | |
| **WARDEN, EL PASO PROCESSING CENTER et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered Granados Saavedra's Urgent Motion for Status Update, ECF No. 4, in which he states his belief that the Court dismissed his Petition "because of a filing error." *Id.* at 1. He also states that he mailed a second corrected petition to the Court, but it does not appear to have been filed. *Id.* Thus, he requests information as to whether the Petition was received. He also asks the Court to resend a mailing that he did not receive. *Id.* at 2–3.

The Court dismissed Granados Saavedra's Petition for lack of jurisdiction to review the bond hearing that he already had—not because of a filing error. *See* July 7, 2026, Order, ECF No. 2. But it appears that he has not received that Order.

Accordingly, the Court **ORDERS** that the Clerk shall mail this Order along with the July 7, 2026, Order, ECF No. 2, via regular mail and certified mail to Granados Saavedra at the following addresses:

Marlon A. Granados Saavedra
1915 SW 5th St.
Ft. Lauderdale, FL 33312

AND

Marlon A. Granados Saavedra
A# 220-318-379
El Paso Processing Center
8915 Montana Ave.
El Paso, TX 79925

**SO ORDERED.**

SIGNED this 24th day of July, 2026.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE